# In the United States District Court
# for the Southern District of Georgia
# Augusta Division

| | |
|---|---|
| A.K.J., minor, next of kin, through her mother and guardian ad litem, Letayia K. D. Anderson, and <br><br> Keyana Gaines, Administratrix of the Estate of Jermaine Jones, Jr., Plaintiffs' Decedent, <br><br> Plaintiffs, <br><br> v. <br><br> Richard Roundtree, Sheriff Augusta-Richmond County, individually, as a policy maker and supervisor of all Augusta-Richmond County Sheriffs' Deputies, <br><br> Leslie Gaiter, acting under color of law, individually in his capacity as an Augusta-Richmond County Sheriff's Deputy, <br><br> Richard Russell, acting under color of law, individually in his capacity as an Augusta-Richmond County Sheriff's Deputy, <br><br> Christopher Brown, acting under color of law, individually in his capacity as an Augusta-Richmond County Sheriff's Deputy, <br><br> John Tarpley, acting under color of law, individually in his capacity as an Augusta-Richmond County Sheriff's Deputy, <br><br> All individually and jointly, <br><br> Defendants. | CIV. ACT. NO. 1:23-cv-0153-JRH-BKE <br><br> Disclosure Statement <br> of Parties and Intervenors |

### DISCLOSURE STATEMENT
### OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

Rev. 11/2022

1

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| A.K.J., minor, next of kin to Jermaine Jones, Jr. her father and Plaintiffs' Decedent, through the minor's natural mother and guardian ad litem, Letayia K. D. Anderson | Plaintiff |
| Keyana Gaines, Administratrix of the Estate of Jermaine Jones, Jr., Plaintiffs' Decedent | Plaintiff |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Augusta-Richmond County Commission | Financial interests of Defendant |
| Garnett Johnson, Mayor | Financial interests of Defendant |
| Jordan Johnson, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Tony Lewis, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Stacy Pullman, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Sean Frantom, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Catherine Smith McKnight, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Brandon Garrett, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Alvin Mason, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Francine Scott, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Bobby Williams, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
| Wayne Guilfoyle, Aug.-Rich. Co. Commr. | Financial interests of Defendant |
|  |  |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

|  | TITLE/RELATIONSHIP |
|---|---|
| Hunter A. Gregg, Esq.<br>Georgia Bar No. 574704<br>The Roth Firm LLC | Attorneys for Keyana Gaines, Administratrix for the Estate of Jermaine Jones, Jr., Plaintiffs' Decedent<br> Prospective Pro Hac Vice attorneys for Estate Administratrix Keyana Gaines |

Rev. 11/2022

| | |
|---|---|
| Richard Roundtree, Sheriff Richmond County | Defendant |
| Leslie Gaiter, Deputy | Defendant |
| Richard Russell, Deputy | Defendant |
| Christopher Brown, Deputy | Defendant |
| John Tarpley, Deputy | Defendant |
| Wayne Brown, General Counsel, Augusta, Georgia | Attorney for Defendants |
| Randolph Frails | Attorney for Defendants |
| Charles H. S. Lyons, III | Attorney for Defendants |
| Harold V. Jones, II | Attorney for Defendants |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| NA | | |
| | | |
| | | |
| | | |
| | | |

10/12/2023
Date

_____
Signature of Attorney of Record
Ga. Bar No. 042150
Attorney for Plaintiffs

John P. Batson

Printed Name