IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

A.K.J., minor, next of kin,          *
through her mother and               *
guardian ad litem, Letayia           *
K.D. Anderson; and KEYANA            *
GAINES, Administratrix of the        *
Estate of Jermaine Jones, Jr.,       *
Plaintiffs' Decedent,                *
                                     *
        Plaintiffs,                  *
                                     *
            v.                       *          CV 123-153
                                     *
RICHARD ROUNDTREE, Sheriff           *
Augusta-Richmond County,             *
individually, as a policy            *
maker and supervisor of all          *
Augusta-Richmond County              *
Sheriffs' Deputies, et al.,          *
                                     *
        Defendants.                  *

MAR 16 2026

FILED

_____

**O R D E R**

_____

Before the Court is the Parties' joint stipulation of dismissal of certain counts with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 86.)

Here, the stipulation of partial dismissal is improper. The Eleventh Circuit has held that Rule 41(a)(1) is an improper mechanism to dismiss less than all claims in a lawsuit. <u>Perry v. Schumacher Grp. of La.</u>, 891 F.3d 954, 958 (11th Cir. 2018). In doing so, the Eleventh Circuit noted that the plain language of Rule 41(a)(1) contemplates dismissing an "action." <u>Id.</u> "There is no mention in the Rule of the option to stipulate dismissal of a

portion of a plaintiff's lawsuit – *e.g.*, a particular *claim* – while leaving a different part of the lawsuit pending before the trial court." Id. (emphasis in original).  However, Perry specifically contemplated the use of Rule 15 to dismiss less than all claims when Rule 41(a)(1) is inapplicable.  Id.  Therefore, Plaintiffs may instead seek to amend their complaint in accordance with Rule 15.

Based on the above, the Parties' joint stipulation of dismissal of certain counts (Doc. 86) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2